# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 22, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  H. C., Individually and on Behalf of J. C., a Child With a Disability, et al.
v. New York City Department of Education
No. 23-284
(Your No. 21-1582, 21-1961, 21-2130, 21-2744, 21-2848, 22-259, 22-290, 22-315, 22-422, 22-568, 22-586, 22-772, 22-775, 22-855, 22-977)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 19, 2023 and placed on the docket September 22, 2023 as No. 23-284.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst